In The United States District
Court For The Northern District
of Georgia
    Atlanta Division

Mahmoud Rashad,

    Plaintiff,

V.  Fulton County, Georgia

    Defendant

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUN 24 2016

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Civil Action

NO: 1:14-CV-04108-
AT-ECS

Date:
6-24-16        Plaintiff's Motion To Dismiss

I, Mahmoud Rashad ("Plaintiff), fill a
Motion to Dismiss, my Attorney (Regina Molden)
Motion seeking permission from the Court to
withdraw her representation ~~of~~ as
counsel.

    Attorney Regina Molden has done
    the following:

Attorney Regina Molden has done the
Following:

1) Added Retaliation to Complaint Filed
(December 29, 2014) For myself. This done
without my Knowledge or Consent (Very Unethical
on Part of Attorney Regina Molden).

Retaliation needs to be Withdrawn From
Case Civil Action File No: 1:14-CV-04108-AT-ECS.
This will require Mrs. Molden to withdraw the case
and File the complaint correctly for
EEOC # 410-2014-02676(race, religion) and
EEOC#410-2014-04824(race). Right-To-Sue letters were
issued on these charges.

Attorney Regina Molden has the Burden to inform
the Court she added retaliation to the Complaint
Filed on December 29, 2014 ---without the Consent
or Knowledge of Plaintiff.
Attorney Regina Molden has the Burden to inform the
Court to remove retaliation From Case Civil Action
File No: 14-CV-04108-AT-ECS.

Mrs. Molden also added retaliation on Co-Plaintiff's Mrs. Lisa Bartell's Complaint Civil Action No: 1:15-cv-00196-ODE-LTW, without Mrs Bartell's Knowledge or consent on January 15, 2015.

2) EEOC is currently still investigating my charge for retaliation, filed April 13, 2015.

I will wait for the EEOC to complete its investigation for EEOC #410-2015-03274, for retaliation.

I have the legal right to wait for the EEOC to complete its investigation & subsequent issuance of Right-To-Sue Letters ~~Exercise~~

Mrs. Molden did not have the legal right or Plaintiff's consent to add retaliation to complaint filed (December 29, 2014) upon issuance of Right-To-Sue Letters for EEOC #410-2014-02676 & EEOC #410-2014-04824.

3) I have asked Attorney Regina Molden to inform the Court she added the Charge of Retaliation in complaint filed December 29 without the Plaintiff's consent or Knowledge.

I have asked Attorney Regina Molden to inform the Court to ~~remove~~ Retaliation from Case Civil Action File No: 1:14-cv-04108-AT-ECS.

Attorney Regina Molden has Legal Burden to inform the Court to do so. As of today (June 24, 2016), She has not done so.

Adding Retaliation to Case Civil Action File No: 1-14-cv-04108-AT-ECS was Attorney Regina Molden mistake, not the Plaintiff's.

4) In conclusion I Object to Mrs. Molden Seeking permission from Court to withdraw her representation as Counsel.

## Certificate of Service

I, Mahmoud Rashad certify that a Copy of Plaintiff's Motion to Dismiss has been filed with the Clerk of Court, this 24th day of June, 2016.

I will send the notification of filing via 1st Class mail, by June 26, 2016 to the below named attorneys of record:

Regina Molden
Molden, LLC
Peachtree Center - Harris Tower
233 Peachtree Street, Suite 1245
Atlanta, GA 30303

Dominique A. Martinez, Esq
Georgia Bar No. 430323
Attorney For Defendant
Office of The Fulton County Attorney
141 Pryor St. SW, Suite 4038
Atlanta, GA 30303
Telephone: (404) 612-0241
Facsimile: 404-730-6324

Plaintiff

Mahmoud Rashad
7190 Magnolia LN
Fairburn, GA 30213
mmmrashad93@gmail.com
(316) 519-3534


June 24, 2016

Mahmoud Rashad