IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MAHMOUD RASHAD )<br>)<br>Plaintiff, )<br>v. )<br>)<br>Fulton County, Georgia )<br>)<br>)<br>Defendant. )<br>) | CIVIL ACTION FILE NO.<br>1:14-CV-04108-AT-ECS |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF MAHMOUD RASHAD

COMES NOW Regina Molden, Janné McKamey, and The Molden Firm LLC (herein after "Counselors") and pursuant to LC 83.1(E), NDGA, herby file this Motion to Withdraw as Counsel of Record for Plaintiff Mahmoud Rashad ("Rashad" or "Plaintiff"). Counselors have attached as Exhibit A, the Notice of Intent to File Motion to Withdraw as Counsel for Plaintiff which was served on Plaintiff on June 15, 2016 at this Plaintiff's last known address, and in pertinent part states:

1. That Regina Molden wishes to withdraw;

2. That The Molden Law Firm LLC wishes to withdraw;

3. That the Court retains jurisdiction of the action;

4. The Clerk of the Northern District of Georgia, Atlanta Division, where you case is pending may be contacted through the following information:

> Clerk James N. Hatten
> Richard B. Russell Federal Building and Courthouse
> 75 Spring Street, SW
> 2211 U.S. Courthouse
> Atlanta, GA 30303-3361
> (404) 215-1655

5. Counsel for Defendant may be contacted through the following information:

> Office of the Fulton County Attorney
> Attn: Dominique Martinez
> 141 Pryor Street, SW
> Suite 4038
> Atlanta, GA 30303
> (404) 612-0246
> Dominique.Martinez@fultoncountyga.gov

6. That Plaintiff has the burden of keeping the Court informed respecting where notices, pleadings or other papers may be served;

7. That Plaintiff has the obligation to prepare for trial or hire other counsel to prepare for trial when the trial date has been set;

8. That if Plaintiff fails or refuses to meet these burdens, Plaintiff may suffer adverse consequences, including, in criminal cases, bond forfeiture and arrest;

9. That the dates of any scheduled proceedings, including trial, and that holding of such proceedings will not be affected by the withdrawal of Counsel;

10. That service of notices may be made upon Plaintiff at Plaintiff's last known addresses, as follows:

> Mahmoud Rashad
> 7190 Magnolia Lane
> Atlanta, GA 30213
> mmmrashad93@gmail.com

11. Plaintiff has 14 days from the date of this Notice to notify the Court or Counsel of any objection to Counsel's withdrawal that Plaintiff may have.

WHEREFORE Counselors respectfully request that this Court grant the foregoing Motion and Issue an Order permitting the withdrawal of Counselors from this action.

Respectfully submitted this 29th day of June, 2016.

> s/ Janné Y. McKamey
> Regina S. Molden
> Georgia Bar No. 515454
> Janné Y. McKamey
> Georgia Bar No. 494137
> Peachtree Center – South Tower
> 225 Peachtree Street, N.E.
> Suite 1245
> Atlanta, Georgia 30303
> Telephone: (404) 324-4500
> Facsimile: (404) 324-4501

3

Email: rmolden@moldenlaw.com
jmckamey@moldenlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LISA BARTELL, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) CIVIL ACTION FILE |
| | ) NO. 1:15-CV-00196-ODE-LTW |
| FULTON COUNTY, GEORGIA | ) |
| | ) |
| Defendant | ) |
| | ) |

## CERTIFICATE OF SERVICE

I hereby certify that that I have this day served the foregoing MOTION TO WITHDRAW AS COUNSEL FOR PLAINTFF upon Plaintiff and Defendant, via U.S. Mail and email, at their last known addresses:

Mahmoud Rashad
7190 Magnolia Lane
Atlanta, GA 30213
mmmrashad93@gmail.com

Office of the Fulton County Attorney
Attn: Dominique Martinez
141 Pryor Street, SW
Suite 4038
Atlanta, GA 30303
(404) 612-0246
Dominique.Martinez@fultoncountyga.gov

/s/ Janné Y. McKamey
Janné Y. McKamey, Esq.
Georgia Bar No. 494137

5

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MAHMOUD RASHAD,                )
                               )
        Plaintiff,             )
                               )
v.                             )   CIVIL ACTION FILE NO:
                               )   1:14-cv-04108-AT-ECS
FULTON COUNTY, GEORGIA,        )
                               )
                               )
        Defendant,             )
_____)

## NOTICE OF INTENT TO FILE MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

In accordance with LR 83.1 (E), N.D. Ga., Regina Molden of the law firm The Molden Law Firm, LLC (hereinafter "Counsel") hereby serves this notice of her intent to seek permission to withdraw her representation as Counsel of record for Mahmoud Rashad (hereinafter "Plaintiff") in the above captioned matter. Please be advised of the following:

1. That Regina Molden wishes to withdraw;

2. That the Court retains jurisdiction of the action;

3. That Plaintiff has the burden of keeping the Court informed respecting where notices, pleadings or other papers may be served;

4. That Plaintiff has the obligation to prepare for trial or hire other counsel to prepare for trial when the trial date has been set;

5. That if Plaintiff fails or refuses to meet these burdens, Plaintiff may suffer adverse consequences, including, in criminal cases, bond forfeiture and arrest;

6. That the dates of any scheduled proceedings, including trial, and that holding of such proceedings will not be affected by the withdrawal of Counsel;

7. That service of notices may be made upon Plaintiff at Plaintiff's last known address, as follows:

> 7190 Magnolia Lane
> Atlanta, GA  30213

8. Plaintiff has 14 days from the date of this Notice to notify the Court or Counsel of any objection to Counsel's withdrawal that Plaintiff may have.

Respectfully submitted this 15th day of June, 2016.

**s/ Regina Molden-Clowney**
Regina S. Molden-Clowney
Georgia Bar No. 515454
Peachtree Center – Harris Tower
233 Peachtree Street, NE Suite 1245
Atlanta, Georgia 30303
Telephone: (404) 324-4500
Facsimile: (404)324-4501
Email: rmolden@moldenlaw.com

- 3 -

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MAHMOUD RASHAD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FULTON COUNTY, GEORGIA, )<br>)<br>)<br>Defendant, )<br>_____) | CIVIL ACTION FILE NO:<br>1:14-cv-04108-AT-ECS |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing NOTICE OF INTENT TO FILE MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF upon Plaintiff, via U.S. Mail, at their last known address:

7190 Magnolia Lane
Atlanta, GA 30213

/s/Regina Molden-Clowney
Regina Molden-Clowney
Georgia Bar No. 515454

- 4 -