In The United States District Court

For The Northern District of Georgia

Atlanta Division

PG 1 of 3

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUL 22 2016

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

**Mahmoud Rashad,**

Plaintiff,

v.                                  Civil Action File NO:

1:14-cv-04108-AT-ECS

**Fulton County, Georgia**

Defendant,

Date: July 22, 2016

### Plaintiff's Motion to Withdraw Retaliation from Civil Action File No:1:14-cv-04108-AT-ECS

I, Mahmoud Rashad ("Plaintiff"), file a Motion to Withdraw Retaliation from Civil Action 1:14-cv-04108-AT-ECS. For the following reasons.

1) For EEOC Charge 410-2015-03274 (Retaliation)        **PG 2 of 3**
2) The **EEOC has Not Issued a Right to Sue Letter for Retaliation.**
3) The **EEOC** has **Not Completed its Investigation for Retaliation.**
4) The **EEOC** has **Not Sent Attorney Regina Molden a Right to Sue Letter for Retaliation.**
5) The **EEOC** has **Not Sent Fulton County Government a Notice of Issuance of a Right to Sue Letter for Retaliation to Mahmoud Rashad.**
6) The **EEOC has Not Sent a Right to Sue Letter to Mahmoud Rashad.**
7) Attorney Regina Molden Filed a Complaint for Retaliation on December 29, 2014. **Without an EEOC Charge being filed for Retaliation, let alone Receiving a Right to Sue for Retaliation.**
8) I, Mahmoud Rashad have the **Right to have the EEOC complete its Investigation.**
9) I, Mahmoud Rashad have the **Right to wait upon the Issuance of a Right to Sue for Retaliation from the EEOC.**
10) I, Mahmoud Rashad have the **Right to File a Charge against Fulton County Government for Retaliation Upon Issuance of Right to Sue Letter for Retaliation.**

**The United States District Court For The Northern District of Georgia Atlanta can Contact:**

1) **The EEOC, Atlanta Division**
2) **Attorney Regina Molden**
3) **Fulton County Government**

   **To Verify that No Right to Sue Letter has been Issued to Mahmoud Rashad for Retaliation.**

   **Renegade Attorneys, others, etc… will be exposed.**

   **Certificate of Service**

PG 3 of 3

**Certificate of Service**

I, Mahmoud Rashad certify that a copy of **Plaintiff's Motion Withdraw Retaliation from Civil Action 1:14-cv-04108-AT-ECS** will be filed with the Clerk of Court, this 22nd Day of July 2016.

I will send the notification of filing via 1st class mail, by July 24th, 2016 to below named Attorneys of record.

Dominique A. Martinez, ESQ
Georgia Bar No. 430323
Attorney For Defendant

**Office of the Fulton County Attorney**
141 Pryor St. SW, Suite 4038
Atlanta, GA  30303
Telephone: (404) 612-0241
Facsimile: (404) 730-6324

Thank You,
Mahmoud Rashad

Plaintiff
Mahmoud Rashad
7190 Magnolia LN
Fairburn, GA 30213
Mmmrashad93@gmail.com