In The United States District Court

For The Northern District of Georgia

Atlanta Division

PG 1 of 2

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG 12 2016

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

**Mahmoud Rashad,**

Plaintiff,

v.                    Civil Action File NO:

**1:14-cv-04108-AT-ECS**

**Fulton County, Georgia**

Defendant,

Date: August 12, 2016

<u>Plaintiff's Motion to Amend Complaint Removing Retaliation from Civil Action File NO:1:14-cv-04108-AT-ECS</u>

I, Mahmoud Rashad ("Plaintiff"), file a Motion to Amend Complaint filed by Attorney Regina Molden on December 29, 2014.

I have had my Motion to **Withdraw Retaliation** (filed July 22, 2016) from Civil Action File NO: 1:14-cv-04108-AT-ECS **Approved** by United States Magistrate Judge Catherine M. Salinas.

Judge Catherine M. Salinas has directed me to Amend my Compliant, which I am doing now.

My Complaint for Civil Action 1:14-cv-04108-AT-ECS should only contain:

1) Discrimination based on Race in violation of Title VII of the Civil Rights Act of 1964.
2) Discrimination based on Religion in violation of Title VII.

### Certificate of Service

I, Mahmoud Rashad certify that a copy of **Plaintiff's Motion to Amend Complaint Withdrawing Retaliation from Civil Action 1:14-cv-04108-AT-ECS** will be filed with the Clerk of Court, this 12th Day of August 2016.

I will send the notification of filing via 1st class mail, by August 14th 2016, to below named Attorneys of record.

Dominique A. Martinez
Georgia Bar No. 430323
Attorney for Defendant

### Office of the Fulton County Attorney

141 Pryor St. SW, Suite 4038
Atlanta, GA 30303
Telephone: (404) 612-0241
Facsimile:  (404) 730-6324

### Plaintiff

Mahmoud Rashad
7190 Magnolia Lane
Fairburn, GA  30213


Thank You,

Mahmoud Rashad